IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN F. STILES, ANDREA M. CASANOVA, and CASANOVA STILES FAMILY TRUST,<br><br>　　　　Plaintiffs,<br>　v.<br><br>JAN L. KAHN, AARON KAHN, CAROLINE ZAPP KAHN, and KAHN, SOARS, CONWAY LLP,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00996-YY<br><br>ORDER |

**Adrienne Nelson, District Judge**

　　　　United States Magistrate Judge Youlee Yim You issued Findings and Recommendation in this case on July 26, 2023. Judge You recommended that this Court dismiss this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). No party has filed objections.

　　　　A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If any party files objections to a magistrate judge's proposed findings and recommendations, "the court shall make a de novo determination of those portions of the report." *Id.* If no objections are filed, then no standard of review applies. However, further review by the district court *sua sponte* is not prohibited. *Thomas v. Arn*, 474 U.S. 140, 154 (1985). The Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

2

      Because no party in this case has made objections, this Court reviews Judge You's Findings and Recommendations for clear error on the face of the record.  Finding no such error, the Court ADOPTS Judge You's Findings and Recommendation, ECF [7].  Therefore, this case is DISMISSED with prejudice.

IT IS SO ORDERED.

    DATED this 21st day of August, 2023.

                                                            */s/ Adrienne Nelson*
                                                            Adrienne Nelson
                                                           United States District Judge